UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN T. WILLIAMS, et al.,

                Plaintiffs,

-against-

PREET BHARARA (USAG), et al.,

                Defendants.

1:18-CV-5970 (LLS)

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

    Plaintiff John T. Williams, who appears *pro se*, brings this action seeking damages and injunctive relief. For the following reasons, the Court dismisses the present action without prejudice.

    Plaintiff Williams's pleadings in the present action are identical to those that he filed in a previously filed action, which is pending before the Court. *See Williams v. Bharara*, 1:18-CV-5567 (LLS). Because the present action raises the same claims as those raised in *Williams*, 1:18-CV-5567 (LLS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses the present action without prejudice to Plaintiff Williams's pending action, *Williams*, 1:18-CV-5567 (LLS).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff Williams and note service on the docket.

SO ORDERED.

Dated:   September 22, 2020
          New York, New York

                                                        Louis L. Stanton
                                                              U.S.D.J.