UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN T. WILLIAMS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> PREET BHARARA (USAG), et al., <br><br> Defendants. | 1:18-CV-5970 (LLS) <br><br> CIVIL JUDGMENT |

LOUIS L. STANTON, United States District Judge:

Pursuant to the order issued September 22, 2020, dismissing the present action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the present action is dismissed without prejudice to the pending action under docket number 1:18-CV-5567 (LLS).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff John T. Williams and note service on the docket.

SO ORDERED.

Dated:   September 22, 2020
         New York, New York

_____Louis L. Stanton_____
Louis L. Stanton
U.S.D.J.